**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICO SENTELL HARVEY                                                                                PLAINTIFF
ADC #117596

V.                                            NO: 4:14CV00070 SWW

JOHN FELTS *et al.*                                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of April, 2014.

                                                                            */s/Susan Webber Wright*

                                                                            UNITED STATES DISTRICT JUDGE